**Order filed November 22, 2022.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-22-00559-CV

———————

### JRJ PUSOK HOLDINGS, LLC, Appellant

### V.

### THE STATE OF TEXAS AND KYLE MADSEN IN HIS OFFICIAL CAPACITY AS DIRECTOR OF RIGHT OF WAY, Appellees

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1128555**

## ORDER

The reporter's record in this case was due **August 30, 2022**. *See* Tex. R. App. P. 35.1. On September 27, 2022, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order:

We order **Alexandra L. McDaniel**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.  **No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Alexandra L. McDaniel** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM


Panel Consists of Justices Wise, Jewell, and Poissant.